```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         PANAMA CITY DIVISION
```

IN RE:                              )
                                    )
TODD ARTHUR GROSS                   )   CASE NO.  08-50218-LMK
                                    )     CHAPTER 7
        Debtor.                     )
_____)

<u>REPORT OF UNCOLLECTED FUNDS</u>

    JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 21 | FIA Card Services<br>Attn: Mr. M-BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713 | 433.54 |

Dated: 7/26/10                 /s/ John E. Venn, Jr.
                               JOHN E. VENN, JR.,
                               TRUSTEE
                               FL Bar No. 184992
                               220 W. Garden St.
                               Suite 603
                               Pensacola, FL 32502
                               (850) 438-0005
                               Johnevennjrpa@aol.com